PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: PORTER, Juan                                  Cr.: 06-00903-001
                                                                 PACTS #: 42337

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 09/05/07

Original Offense: Accessory After the Fact to Hobbs Act Robbery

Original Sentence: 46 months incarceration; 3 years supervised release; $100 special assessment. Special conditions: 1) drug urinalysis/treatment; and 2) DNA collection.

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/08/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Porter violated the special drug urinalysis/treatment condition. |
|   | On November 30, 2009, Porter submitted a urine specimen which tested positive for methylenedioxymethamphetamine (MDMA), a drug known as Ecstasy. Upon questioning, he admitted using the substance in a social setting on one occasion and accepted responsibility for this conduct |

U.S. Probation Officer Action: Probation will present this document to Porter as a formal reprimand issued under the authority of the Court. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Date: 01/05/10

[X] U.S. Probation Officer will present this document to the defendant as a formal written reprimand issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Warrant or Summons.

Signature of Judicial Officer

1/8/10
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

January 5, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Katharine S. Hayden
U.S. District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

                                              RE:    PORTER, Juan
                                                               Dkt. No.: 06-00903-001
                                                               <u>**Notice of Non-Compliance -**</u>
                                                                <u>**Written Reprimand Recommended**</u>

Dear Judge Hayden:

On September 5, 2007, Juan Porter was sentenced by Your Honor to 46 months imprisonment, followed by a three-year term of supervised release, for the offense of Accessory After the Fact to Hobbs Act Robbery. The offender was also ordered to pay a $100 special assessment and abide by the following special conditions: 1) drug urinalysis/treatment; and 2) cooperate in the collection of DNA. Porter has been supervised by this office since his release from custody on October 8, 2009.

On November 30, 2009, Porter submitted a urine specimen which tested positive for methylenedioxymethamphetamine (MDMA), a drug known as Ecstasy. Upon questioning, he admitted using the substance in a social setting on one occasion. Be assured, the Probation Office has increased our supervision efforts and adjusted his code-a-phone urine-testing level. Despite the aforementioned non-compliance, Porter displays glimpses of positive reintegration and is actively seeking gainful employment.

The Probation Office recommends presentation of the attached *Probation Form 12A* to Porter as a written reprimand issued under the authority of the Court. Hopefully, the offender will respond to Your Honor's written reprimand and conform to the conditions of release. If the Court concurs, please sign and docket the 12A and return the document to the attention of the undersigned. If your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

                                                           Respectfully submitted,

                                                           CHRISTOPHER MALONEY, Chief
                                                           U.S. Probation Officer

                                                           By: JOSEPH EMPIRIO, U.S.P.O.

/jae
Attachment(s)