UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES V. JUAN PORTER, Crim. No. 06-0903

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum ( ) Ad Testificandum

1. JUAN PORTER, SBI #763913C (hereinafter the "Detainee") is now confined at the Essex County Correctional Facility.

2. The Detainee is

   charged in this District by: (X) Indictment  ( ) Information  ( ) Complaint with a violation of 18 United States Code Section 3

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, Post Office Bldg and Courthouse, Courtroom 5, before the Hon. Katharine S. Hayden, U.S. District Judge, on Monday, ~~March 19, 2012, at 4:00~~ p.m., for an Violation of Supervised Release Hearing Appearance in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: March 13, 2012

David E. Malagold
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 3/19/12

*[signature]*

Hon. Katharine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the ESSEX COUNTY JAIL:

WE COMMAND YOU that you have the body of

JUAN PORTER, SBI #763913C

now confined at the Essex County Jail, brought before the Hon. Katharine S. Hayden, U.S. District Judge, at the United States District Court, Courtroom 5, in the Post Office Bldg and Courthouse in Newark, on Monday, ~~March 19, 2012 at 4:00 p.m.~~, in civilian clothes, so that the Detainee may appear in the above-captioned matter.  4/23/12 @ 10:00am.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 3/19/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
        Deputy Clerk