UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JUAN PORTER, Crim. No. 06-903

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum            ( ) Ad Testificandum

1. JUAN PORTER, SBI # 763913C (hereinafter the "Detainee") is now confined at the ESSEX COUNTY JAIL

2. The Detainee is

   charged in this District by: ( ) Indictment    ( ) Information    ( ) Complaint
   (X) Violation of Supervised Release

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, Post Office Building Courthouse, Courtroom 5, before the Hon. Katharine Hayden, U.S. District Judge, on Tuesday, July 10, 2012, at 10:30 a.m., for a Violation of Supervised Release hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: June 20, 2012

DAVID MALAGOLD
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 6/29/12

_____
Hon. Katharine Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the ESSEX COUNTY JAIL

WE COMMAND YOU that you have the body of

JUAN PORTER, SBI #763913C

now confined at the Essex County Jail, brought before the Hon. Katharine Hayden, U.S. Magistrate, at the United States District Court, in the Post Office Building Courthouse, Courtroom 5 at Newark, on Tuesday, July 10, 2012 at 10:30 a.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine Hayden
United States District Judge
Newark, New Jersey

DATED: 6/29/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
     Deputy Clerk